Eaton
EXHIBIT 17
11-11-19    AY
BROWN & JONES

1/23/12 AM 12:45-1:54

Boss got on hoist, I asked where 2 & he threw up his hands & I knew that meant he wasn't 4 sure. He rode with me may 5-10 min? Finally when we got back 2 the ground, my lunch relief person was there, so I got off 2 go to lunch. At this time boss, said he need 2 c me after I had lunch. After my lunch, I went 2 his office, there were other there so we walked up 2 parking ramp. He began 2 info me that there was a difference N the way I operate the hoist & the way Johnny operates the hoist. He said that there had been complaints, that Johnny was faster than I was + sometimes I creep up 2 the floors ~~that~~ I did not have 2 (~~that~~) stop exactly

EATON 000001

level with the floors. I told him, I can't believe that John was faster than I, because I b on it. He also stated that the drywall delivery truck had complained about bn there an hour & half longer. I told him that they could not have been referring 2 me, because when those guys come I make sure 2 get them N & out as quickly as possible. I also informed him that John is those guys buddy & naturally that they would want him instead of me. I told him John smokes, & he allows that guys 2 smoke on the hoist. I told him 2 look @ the non-smoking sign, which someone had may n 2 a

smoking sign. I informed him that yes, I am the bad one because, I inforce the rules. ~~It was~~ not ~~It~~ is not my rule for the non-smoking. He ~~informed~~ ~~m~~ informe me that I have 2 keep the hurst moving & I informed him that I always do. ~~He~~ replied that ~~him~~ he had 2 investigate the complaint.

1/24/12

I preceide 2 ask which flour we were going 2 & at the same time informed the workers that I would b stopping @ the even floors, unless they were carring materials or equipment. As we were going up, 1 worked stated, I can't belive that U r making these guys walk up 2 their floor (he was going 2 12). I told him that I know the

rules. He said the operator is suppose 2 stop @ all floors. I turned around 2 c who was talking 2 me. I can up there a floor & he was still running his mouth & I told him that he needed 2 concider about himself. He turned around & gave me a threating look. I was really angry. I continued my run once upon the ground again, the came operator Jeff got on the hoist & he asked me... what was wrong & I said 2 him when is it appropriate 2 ban some 1 from riding the hoist & he replied when u feel threatned. & he asked me what happened & I told him. Once again upon retning 2 the ground I

Called Mark & explained to him what had happened & he said ok.

I'd pass them up a couple times

1/25/12 - Iron Worker (they 1 I told could not run the hoist as long as I was operating it). Come 2 hoist & I asked him his name, he kind of shook his head & I said I told u yesterday that u could not ride the hoist as long as I was operating it. Later that day, maybe around 1 or so, my BA Greg West, came 2 the site & he was @ the hoist & I said 2 him what r u doing here? So he told me that the guy called the hall with a complaint. I told him my side of the story. Later that management posted

→ a sign N the hoist. C pic:
No lunch; → No break
N an 8 hr shift...
No 1 one 2 relieve me
not even 4 15 min. Some
Some one could have. 1
day they had the laborer
Steve relieve me 4 15 min.
This day Steve had time
he was on clean up
sweeping floors.
I ended up about 12:30
finding a bucket, closing
the hoist doors & peeing
n it. I didn't have a
sip of water untill
around 1:35-40, I
didn't want 2 drink 2
much, how would I
go 2 the bathroom.

Guys complaing about
Outhouses (M etc) Nasty,
No toilet tissue, Feces
on toilet seats.

EATON 000006

barrier 2 employment
of me

Brianing
Horning
Past issue w/
Performance
April 9 2018
Ken Worthy