IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBRA EATON,

    Plaintiff,

  v.

                                            Case No. 19-cv-282-bbc

J.H. FINDORFF & SON, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant J.H. Findorff & Son, Inc. against plaintiff Debra Eaton dismissing this case.

| s/V. Olmo, Deputy Clerk | 4/3/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |