UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DEBRA EATON,

                Plaintiff,                Case No. 3:19-cv-00282-bbc

v.

J.H. FINDORFF & SON, INC.,

                Defendant.

---

### NOTICE OF APPEAL
### BY PLAINTIFF DEBRA EATON

---

NOW COMES Plaintiff Debra Eaton, by her attorneys, the law firm of GINGRAS THOMSEN & WACHS LLP, by Attorney William F. Sulton, and gives notice that Plaintiff Debra Eaton appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on April 3, 2020 (Dkt. 30).

Dated at the law office of GINGRAS THOMSEN & WACHS LLP in Milwaukee, Wisconsin, on this 2nd day of May, 2020.

                                            */s/ William F. Sulton*
                                            WILLIAM F. SULTON

                                            GINGRAS THOMSEN & WACHS LLP
                                            219 N Milwaukee St Ste 520
                                            Milwaukee, WI 53202
                                            414-935-5490 (direct)
                                            414-778-0700 (main)
                                            wsulton@gtwlaywers.com

                                            *Attorneys for Plaintiff Debra Eaton*

[2 / 2]

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Wisconsin by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ William F. Sulton*
WILLIAM F. SULTON

GINGRAS THOMSEN & WACHS LLP
219 N Milwaukee St Ste 520
Milwaukee, WI 53202
414-935-5490 (direct)
414-778-0700 (main)
wsulton@gtwlaywers.com

*Attorneys for Plaintiff Debra Eaton*